# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2021

Bridget M. McCormack,
Chief Justice

160707(120)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 160707
COA: 336050
Wayne CC: 04-004270-FC

GREGORY CARL WASHINGTON,
     Defendant-Appellant.

_____/

     On order of the Chief Justice, the motion of Cedric Rowe to file a brief amicus curiae is GRANTED. The amicus brief submitted on March 19, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2021



Clerk